ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4814
      E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT PATRICK MARKER,<br><br>     Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No.: 2:25-cv-02370-SCR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty (30) days from January 20, 2026, up to and including February 19, 2026.  This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 30-day extension due to the backlog of work created by the extended lapse in appropriations. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Stip for Extension of Time                                             1

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on February 19, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 20, 2026

ERIC GRANT
United States Attorney

By    /s/  *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  January 20, 2026

LAW OFFICES OF FRANCESCO BENAVIDES

By    /s/  *Francesco Benavides**
(*as authorized via e-mail on January 20, 2026)
FRANCESCO BENAVIDES
Attorney for Plaintiff

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 20, 2026, to file his Motion for Summary Judgment.

DATED: February 2, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Stip for Extension of Time                                    2