ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4814
      E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PATRICK MARKER,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-02370-SCR<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further evaluate the medical opinion evidence; offer the opportunity for a new hearing; take any further action needed to complete the administrative record; and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  March 25, 2026          ERIC GRANT
                                United States Attorney

                        By     /s/  *Marla K. Letellier*
                                MARLA K. LETELLIER
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

Dated:  March 25, 2026          LAW OFFICES OF FRANCESCO BENAVIDES

                        By     /s/  *Francesco Benavides**
                                (*as authorized via e-mail on March 25, 2026)
                                FRANCESCO BENAVIDES
                                Attorney for Plaintiff


### ORDER

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.


DATED: April 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Stip for Remand                    2